**Jimmy Lee BROWN, Appellant,**

v.

**Officer William SMITH, Texarkana, Arkansas, Police Department, Appellee.**

**No. 09–1400.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2010.

Filed: March 29, 2010.

Jimmy Lee Brown, Hope, AR, pro se.

Clyde Burt Newell, Bachelor & Newell, Ralph Charles Ohm, argued, Hot Springs, AR, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jimmy Lee Brown appeals from the district court's[1] orders granting partial sum-

mary judgment and dismissing his suit following a bench trial in his pro se 42 U.S.C. § 1983 action.

Having carefully reviewed the record and the district court's findings, *see Eckert v. Titan Tire Corp.,* 514 F.3d 801, 804 (8th Cir.2008) (review of district court's fact findings made after bench trial is for clear error, and review of its legal conclusions and mixed questions of law and fact is de novo); *Amrine v. Brooks,* 522 F.3d 823, 830 (8th Cir.2008) (grant of summary judgment is reviewed de novo), we affirm the district court for the reasons explained in its well-reasoned orders. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jimm Larry Hendron, Chief Judge, United States District Court for the

Western District of Arkansas.